**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kamala Karki, | No. CV-26-01786-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

On May 27, 2026, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R"). The R&R recommends the court deny the petition for writ of habeas corpus. (Doc. 14 at 12.) The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ADOPTED**. The petition (Doc. 1) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of respondents and close this case.

Dated this 29th day of June, 2026.

Honorable Krissa M. Lanham
United States District Judge